COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-407-CV

RICHARD AND ANN GREENE APPELLANTS

V.

HAYES, COFFEY & BERRY, P.C. APPELLEE

----------

FROM COUNTY 
COURT AT LAW NO. 2 OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Joint Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the appellants, for which let execution issue.

PER CURIAM

PANEL D: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED:  January 26, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.